THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:25-cv-00066-MR-WCM

| | |
|---|---|
| JANICE GALLAGHER and JOHN-MARC GALLAGHER, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>SCOTT HUMBLE, SHARON STEALY, and XOCHILT CORINA CHACON, )<br>)<br>Defendants. ) | **O R D E R** |

**THIS MATTER** is before the Court on Defendant Scott Humble and Defendant Xochilt Corina Chacon's Motion to Dismiss [Doc. 11]; the Magistrate Judge's Memorandum and Recommendation [Doc. 14] regarding the disposition of the Motion to Dismiss; and John-Marc and Janice Gallagher's (the "Plaintiffs") Objection to the Magistrate Judge's Memorandum and Recommendation [Doc. 17].

Pursuant to 28 U.S.C. § 636(b) and the standing Orders of Designation of this Court, the Honorable W. Carleton Metcalf, United States Magistrate Judge, was designated to consider the above-referenced motion and to submit a recommendation for its disposition. On November 10, 2025, the

Magistrate Judge issued a Memorandum and Recommendation, recommending that the Motion to Dismiss be granted and that the Plaintiffs be ordered to show cause as to why their claims against Defendant Sharon Stealy should not be dismissed under Federal Rule of Civil Procedure 41. [Doc. 14]. The parties were advised that any objections to the Magistrate Judge's Memorandum and Recommendation were to be filed in writing within fourteen (14) days of service. [Id. at 14]. The Plaintiffs filed their Objection on November 24, 2025. [Doc. 17]. On the same day, the Plaintiffs filed a voluntary dismissal of Defendant Stealy under Rule 41. [Doc. 16].

After a careful review of the Memorandum and Recommendation, the Court concludes that the Magistrate Judge's proposed conclusions of law are correct and are consistent with current case law. Accordingly, the Court overrules the Objection and accepts the Magistrate Judge's recommendations that the Motion to Dismiss be granted.

**IT IS, THEREFORE, ORDERED** that the Memorandum and Recommendation [Doc. 14] is **ACCEPTED**.

**IT IS FURTHER ORDERED** that the Motion to Dismiss [Doc. 11] is **GRANTED** and that the Plaintiffs' claims against Defendant Humble and Defendant Chacon are **DISMISSED WITHOUT PREJUDICE**.

The Clerk of Court is respectfully directed to close this civil case.

**IT IS SO ORDERED.**

Signed: December 31, 2025

Martin Reidinger
Chief United States District Judge